UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP A. CATHEY,<br><br>    Plaintiff,<br><br>    v.<br><br>IJUANA HARRISON, et.al.<br><br>    Defendant. | No. 1:16-CV-0545-LJO-MJS<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF No. 3)** |

Plaintiff, Philip Cathey ("Plaintiff") is proceeding pro se in this action. Plaintiff filed a Motion to Proceed *in forma pauperis* pursuant to 28 U.S.C. section 1915 on August 02, 2016 (ECF No. 3)  The Court has reviewed the Motion and finds that Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees. Plaintiff's, Motion to Proceed *in forma pauperis* is therefore GRANTED.

IT IS SO ORDERED.

Dated:  August 8, 2016                     /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE

1